E-FILED
Tuesday, 30 January, 2007 01:50:10 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 0753 2:97-20020-001

DOCKET NUMBER (Rec. Court): M-07-0060

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION: Urbana |
|---|---|---|
| Herminio Ochoa<br>P.O. Box 2463<br>San Juan, Texas 78589 | NAME OF SENTENCING JUDGE: Harold A. Baker | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/27/2005  TO 12/26/2010 |

United States District Court
Southern District of Texas
FILED
JAN 1 6 2007
Michael N. Milby, Clerk

OFFENSE

Conspiracy to Possess Marijuana w/Intent to Distribute

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas/McAllen upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Jan 9, 2006
Date

s/Harold A. Baker
Harold A. Baker
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/MCALLEN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 16, 2007
Effective Date

Randy Crane
United States District Judge