

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

February 6, 2007

Clerk of Court
U.S. District Court, Southern District of Texas
P. O. Box 5059
McAllen, TX 78501

        RE: USA V. HERMINIO OCHOA
        CD/IL Case: 97-20020-001
        SD/TX Case: M-07-0060

Dear Clerk:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 1/30/2007, enclosed please find certified copies of the Indictment, Judgment and docket sheet from our case

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

        Very truly yours,

        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

        By: __s/S. Porter_____
Enclosures                 Deputy Clerk
JMW/slp