E-FILED
Monday, 26 February, 2007 03:56:51 PM
Clerk, U.S. District Court, ILCD




## United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | **CENTRAL DISTRICT OF ILLINOIS**<br><br>OFFICE OF THE CLERK<br>218 U.S. COURTHOUSE<br>201 S. VINE STREET<br>URBANA, ILLINOIS 61802 | TEL: 217-373-5830<br>FAX: 217-373-5834 |

February 6, 2007

Clerk of Court
U.S. District Court, Southern District of Texas
P. O. Box 5059
McAllen, TX 78501

        RE: USA V. HERMINIO OCHOA
        CD/IL Case: 97-20020-001
        SD/TX Case: M-07-0060

Dear Clerk:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 1/30/2007, enclosed please find certified copies of the Indictment, Judgment and docket sheet from our case

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

                        Very truly yours,

                        JOHN M. WATERS, CLERK
                        U.S. DISTRICT COURT

                        By:   s/S. Porter
                              Deputy Clerk

Enclosures
JMW/slp